United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELANIE SARTOR,

      Plaintiff,

    v.

UPGRADE, INC.,

      Defendant.

Case No. 25-cv-10391-JST

**ORDER TO SHOW CAUSE RE: SERVICE AND FAILURE TO FILE CASE MANAGEMENT STATEMENT; CONTINUING CASE MANAGEMENT CONFERENCE**

This case was filed on December 4, 2025.  As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

102 days have now passed since the filing of the complaint.  Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve.  A written response to this order is due by June 2, 2026.  The Court will conduct a hearing on the order to show cause on June 9, 2026 at 2:00 p.m.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory evidence that the summons and complaint have been served, the order to show cause will be withdrawn.

On December 4, 2025, the Court issued an order setting a case management conference on

March 17, 2026 and requiring the filing of a case management statement by March 10, 2026. As of the date of this order, Plaintiff has not filed a case management order. Accordingly, the case management conference scheduled for March 17, 2026 is CONTINUED to June 9, 2026 at 2:00 p.m. A case management statement is due June 2, 2026. Plaintiff is ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions for Plaintiff's failure to file a case management statement. A response to this order is due June 2, 2026

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____
JON S. TIGAR
United States District Judge